# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 19-CR-00180** |
| **VERSUS** | **JUDGE DONALD E WALTER** |
| **MARQUISHA A ARCENEAUX** | **MAG. JUDGE WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, **MARQUISHA A. ARCENEAUX**, on July 9, 2019. Defendant was present with her counsel, Richard A. Spears

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that her guilty plea to Count One of the Bill of Information is knowing and voluntary, and that her guilty plea is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, **MARQUISHA A. ARCENEAUX**, in accordance with the terms of the plea agreement filed in the record of these

proceedings, and that **MARQUISHA A. ARCENEAUX** be finally adjudged guilty of the offense charged in Count One of the Bill of Information.

The defendant has waived her right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 22nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE